Cardillo & Corbett
Attorneys for Plaintiff
HEBEI EXPRESS SHIPPING CO., LTD.
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
HEBEI EXPRESS SHIPPING CO., LTD.,         :
                                          :
                         Plaintiff,       :     ECF   **Courtesy Copy**
                                          :     **RULE 7.1 STATEMENT**
          -against-                       :
                                          :
INTERNATIONAL ENERGY HOLDINGS GROUP       :
LIMITED d/b/a/ INTERNATIONAL ENERGY       :
HOLDING GROUP LTD.,                       :
                                          :
                         Defendant.       :
-------------------------------------x

   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, HEBEI EXPRESS SHIPPING CO., LTD. (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
          January 14, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              HEBEI EXPRESS SHIPPING CO., LTD.

                        By:   _____
                              Tulio R. Prieto (TP 8455)
                              Office and P. O. Address
                              29 Broadway
                              New York, NY 10006