UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HEBEI EXPRESS SHIPPING CO., LTD.,       :
                                        :   ECF
                    Plaintiff,          :   ORDER APPOINTING
                                        :   PERSON TO SERVE
          -against-                     :   PROCESS
                                        :   08 Civ. 326 (RJS)
INTERNATIONAL ENERGY HOLDINGS GROUP     :
LIMITED d/b/a/ INTERNATIONAL ENERGY     :
HOLDING GROUP LTD.,                     :
                                        :
                    Defendant.          :
------------------------------------x

      Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

      Upon reading the Affidavit of Tulio R. Prieto, sworn to January 14, 2008, and good cause having been shown,

      IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        January 14, 2008

                                                                _____
                                                                United State District Judge

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
      DEPUTY CLERK